UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RDO Equipment Co., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Desert Organics, L.L.C., an Arizona limited liability company, Desert Valley Farms, Inc, an Arizona corporation, Clyde C. Curry, Inc, an Arizona corporation, Lonoak Farms, L.P., a California limited partnership, Clyde C. Curry, and Jane Doe Curry, husband and wife, Yvette M. Kent, and John Doe Kent, husband and wife, and Russell E. Cauley, and Jane Doe Cauley, husband and wife<br><br>Defendants, | **No. CV 08-1483-PHX-MHM**<br><br><br>**STIPULATED JUDGMENT** |

Plaintiff, RDO Equipment Co. and Defendants Clyde C. Curry, Inc., Clyde C. Curry and Donna Curry, having so stipulated and good cause otherwise appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Plaintiff, RDO Equipment Co. have judgment against Defendants Curry, Inc., Clyde C. Curry and Donna Curry, jointly and severally, in the amount of $195,362.83, plus further accruing interest thereafter at the rate of $340.46 per day from January 1, 2009 until paid in full, plus attorney's fees in the amount of $13,279.00 and costs in the amount of $2,346.07, together with interest on said attorney's fees and costs at the rate of ten percent (10%)

per annum from entry of judgment until paid in full.

      IT IS FURTHER ORDERED, finding that there is no just reason for delay, and that this Judgment shall take immediate effect, accordingly.

      Dated this 10th day of March, 2009.

_____
Mary H. Murguia
United States District Judge